**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ILLINOIS MARINE TOWING LLC, | ) | |
| | ) | Case No. 1:26-cv-11745 |
| Plaintiff, | ) | |
| | ) | In Admiralty |
| vs. | ) | |
| | ) | |
| HAMM'S FRONTIER MARINE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# COMPLAINT

Plaintiff, ILLINOIS MARINE TOWING, LLC ("IMT"), by its attorney, Shari L. Friedman and John A. O'Donnell, Jr. of the law firm Marwedel, Minichello & Reeb, P.C., for its Complaint for breach of a maritime contract for repair of a vessel against Defendant, HAMM'S FRONTIER MARINE, LLC ("Hamm's"), states as follows:

## Jurisdiction and Venue

1. This is an admiralty action for breach of a maritime contract for the repair of a vessel. This Court has jurisdiction pursuant to 28 U.S.C. § 1333 as this is a case of admiralty and maritime jurisdiction, as is more fully set forth herein, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. Venue in this district is proper pursuant to the provisions of 28 U.S.C. § 1391(a)(2), because the repairs to the Motor Vessel GUNNAR HAMM (formerly WESTERN ENTERPRISE), Official No. 523764, that are the subject of this claim for breach of contract were performed by IMT in Lemont, Will County, Illinois, within this district.

**Parties**

3. IMT is an Illinois limited liability company with its principal place of business in Lemont, Will County, Illinois, within this district.

4. At all times relevant hereto, IMT was engaged in the business of repairing vessels at IMT's facility in Lemont, Illinois.

5. Hamm's is an Illinois limited liability company with its principal place of business in Rome, Peoria County, Illinois.

6. At all times relevant hereto, Hamm's was the owner of the M/V GUNNAR HAMM.

**Cause of Action**

7. The M/V GUNNAR HAMM is an all-welded steel constructed river towboat, built in 1969. On information and belief, at all relevant times, the M/V GUNNAR HAMM was used to transport barges and cargo on the navigable waters of the United States.

8. In or about October 2025, IMT was engaged by Hamm's to perform certain repairs to the M/V GUNNAR HAMM at IMT's facility in Lemont, Illinois.

9. On or about October 15, 2025, IMT advised Hamm's that repairs were needed to the knuckle of the vessel that involved replacement of approximately 984" of 1/2" x 60" steel plate at a cost of $243,675.27.

10. Hamm's approved the repairs and the repairs were performed from October 1, 2025 to December 15, 2025.

11. IMT issued its invoice dated December 15, 2025, to Hamm's in the amount of $243,675.27. A copy of said invoice is attached hereto as Exhibit 1.

12. On or about October 23, 2025, Hamm's sent IMT a punch list of items needing repair and/or replacement. A copy of the punch list is attached hereto as Exhibit 2. IMT performed the requested repairs.

13. On or about October 1, 2025, IMT advised Hamm's that work consisting of repairs to the port and starboard shaft, removal and replacement of deck plates, internal cleaning and repairs, drydocking the vessel, and repairs required for a United States Coast Guard internal structural examination were required at a cost of $162,694.46.

14. Hamm's approved the repairs and the repairs were performed from October 1, 2025 to December 22, 2025.

15. IMT issued its invoice dated December 23, 2025, to Hamm's in the amount of $162,694.46. A copy of said invoice is attached hereto as Exhibit 3.

16. IMT performed repairs to the M/V GUNNAR HAMM with a total value of $406,369.73.

17. Hamm's paid $25,000.00 to IMT for the repairs and there is now due and owing a balance in the amount of $381,369.73.

18. IMT has demanded payment of the outstanding balance from Hamm's and Hamm's has failed and refused to pay said sum.

**WHEREFORE**, Plaintiff, ILLINOIS MARINE TOWING LLC, requests that this Court award damages to ILLINOIS MARINE TOWING LLC and against Defendant, HAMM'S FRONTIER MARINE, LLC, in the sum of $381,369.73, plus pre-judgment interest, costs, and attorney's fees.

**ILLINOIS MARINE TOWING LLC,**

By: /s/ Shari L. Friedman

One of its Attorneys

Shari L. Friedman (6193095)
John A. O'Donnell, Jr. (6321227)
Marwedel, Minichello & Reeb, P.C.
303 West Madison Street, Suite 1100
Chicago, IL 60606
312/902-1600
sfriedman@mmr-law.com
jodonnelljr@mmr-law.com